son Company, Inc., Respondent. (Action No. 2.)

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Aktieselskabet Dampskibsselskabet Vesterhavet, Appellant, v. W. A. Kirk & Co., Inc., et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Iva L. Reed, Respondent, v. Bertram E. Reed, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Washington Infants Knitwear Co., Inc. Charles Levine, Respondent; Louis C. Knott, Appellant.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Homer P. Hand v. Henry B. Boland et al., Individually and Doing Business as H. B. Boland & Company.—

Present—Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Naueful Corporation v. F. G. Adams Company, Inc.—

Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

A. Pines & Son, Inc., v. 150 West 30th St., Inc.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Samuel Morris v. Morton Coal Co., Inc.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Harrison E. Fryberger v. Consolidated Electric and Gas Company et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Maryland Casualty Company v. Edward A. Grace. Alfred P. Burroughs et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Grace M. Graham, as Executrix of Edward C. Clifford, Deceased, v. Israel O. Blake et al., Impleaded with Another.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Rosalie Horn et al. v. Hede Vasen.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.